**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: APPEAL OF THE COATESVILLE AREA SCHOOL DISTRICT FROM THE DECISION OF THE CHESTER COUNTY BOARD OF ASSESSMENT APPEALS FOR THE PROPERTY LOCATED AT 50 SOUTH FIRST AVENUE, CITY OF COATESVILLE, CHESTER COUNTY, PENNSYLVANIA PROPERTY TAX PARCEL NO. 16-05-0229.0000 | : : : : : : : : : : : | No. 522 MAL 2019<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: COATESVILLE AREA SCHOOL DISTRICT | : : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 6th day of February, 2020, the Petition for Allowance of Appeal is

**GRANTED.** The issue, as stated by Petitioners, is:

    Whether the Commonwealth Court erred in applying the doctrines of Technical *Res Judicata* and Collateral Estoppel when dismissing Petitioner's appeal because a companion case, subject to similar decision and order issued by the trial court, was not appealed?